```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant United States Attorney
 3  NATHANIEL CLARK
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone: (916) 554-2807
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Cr. No. S-09-388-GGH
                                 )
12           Plaintiff,          )   Stipulation to Vacate Trial
                                 )   Confirmation Hearing and Set
13       v.                      )   for Status
                                 )
14  BENJAMIN ISRAEL,             )   Date: November 9, 2009
                                 )   Time: 9:00 a.m.
15           Defendant.          )   Judge: Hon. Gregory G. Hollows
                                 )
16  _____)
```

17      It is hereby stipulated and agreed between the United States
18  and the defendant, BENJAMIN ISRAEL, to vacate the Trial
19  Confirmation Hearing currently set for October 27, 2009, at 9:00
20  a.m., and change the Jury Trial currently set for November 9,
21  2009, at 9:00 a.m., to a Status Hearing.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

1  The parties agree that time should be excluded through
2  November 9, 2009, from computation of time under the Speedy Trial
3  Act, pursuant to local code T4, in order to allow for plea
4  negotiations.  18 U.S.C. § 3161(h)(7)(B)(iv).

5  DATED: October 22, 2009        LAWRENCE G. BROWN
                                  United States Attorney

                                  By: /s/ Stegman
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

   DATED: October 22, 2009        By: /s/ Cusick
                                      LAUREN DAY CUSICK
                                      Attorney for Defendant



                              O R D E R

IT IS SO ORDERED:

Dated: October 26, 2009

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

israel.ord

2