1  LAWRENCE G. BROWN
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  NATHANIEL CLARK
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2739

6

7

8              THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Cr. No. S-09-0388-GGH
                                )
12         Plaintiff,            )   GOVERNMENT'S MOTION TO DISMISS
                                )   INFORMATION AND ORDER
13     v.                        )
                                )
14 BENJAMIN ISRAEL,             )   DATE: December 14, 2009
                                )   TIME: 9:00 a.m.
15         Defendant.            )   JUDGE: Hon. Gregory. G. Hollows
   _____)
16

17     Pursuant to Rule 48(a) of the Federal Rules of Criminal

18 Procedure, plaintiff United States of America, by and through its

19 undersigned attorney, hereby moves this Honorable Court for an

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

1  Order dismissing the above-entitled matter, Cr. No. 09-0388-GGH, with
2  prejudice.
3  DATED: November 18, 2009

                                        Benjamin B. Wagner
                                        United States Attorney

                              By:  _____
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

<u>O R D E R</u>

IT IS SO ORDERED:
DATED: November 23 , 2009
<u>/s/ Gregory G. Hollows</u>
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge


israel.dism

2